1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9 | MICHAEL ANGULO,                    CASE NO. 1:09-cv-00198-SMS PC

10 |                    Plaintiff,      ORDER DIRECTING CLERK OF THE COURT
                                        TO CLOSE THIS CASE PURSUANT TO
11 |    v.                             PLAINTIFF'S NOTICE OF VOLUNTARY
                                        DISMISSAL
12 | PAM AHLIN, et al.,
                                        (Doc. 7)
13 |                    Defendants.
    _____/

14

15      On June 1, 2009, Plaintiff Michael Angulo filed a notice of voluntary dismissal pursuant to

16 Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the

17 absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C.

18 v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing

19 the action, and the Court no longer has jurisdiction over the claims.  Id.

20      Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to

21 Plaintiff's notice of voluntary dismissal filed on June 1, 2009.

22

23 IT IS SO ORDERED.

24 **Dated:    June 4, 2009**              _____/s/ Sandra M. Snyder_____
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1